OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

US POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG 06. 2015

7/29/2015

DRAUGHON, MARTIN ALLEN - Tr. Ct. No. 463729-B          WR-27,511-09

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

MARTIN ALLEN DRAUGHON
EASTHAM UNIT - TDC #1383751
P. O. BOX 16
LOVELADY, TX 75851